■ JAMES GILBOY et al., Appellants, v NORMAN S. AMER et al., Individually and Doing Business as SOUTH SHORE THORACIC AND CARDIOVASCULAR SURGICAL GROUP and SOUTH SHORE THORACIC AND CARDIOVASCULAR SURGICAL GROUP, P. C., Defendants, and PENINSULA HOSPITAL CENTER, Respondent.— Appeal by the plaintiffs from an order of the Supreme Court, Queens County, dated September 8, 1986, which granted the motion of the defendant Peninsula Hospital Center to dismiss the third cause of action as against it.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Santucci in his memorandum decision at the Supreme Court, Queens County. Lawrence, J. P., Kunzeman, Kooper and Balletta, JJ., concur.